# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-5070

_____

JIMMIE CASEN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

July 18, 2019

PER CURIAM.

DISMISSED. *See Logan v. State*, 846 So. 2d 472, 475 (Fla. 2003).

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jimmie Casen, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.